Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA C., | ) |
| | ) CASE NO.: 2:23-cv-09195-MAA |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| LELAND DUDEK, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff be awarded FIVE THOUSAND FOUR HUNDRED FIFTY DOLLARS AND 00/100 ($5,450.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and $405 in costs under 28 U.S.C. § 1920 subject to the terms of the stipulation.

DATED: 03/06/2025

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-